IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JEANINE ENLOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:18-cv-00603-P |
| | § | |
| DEUTSCHE BANK NATIONAL | § | |
| TRUST COMPANY, AS TRUSTEE, | § | |
| IN TRUST FOR REGISTERED | § | |
| HOLDERS OF LONG BEACH | § | |
| MORTGAGE LOAN TRUST 2005-2 | § | |
| et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, and having reviewed the Findings, Conclusions, and Recommendation of the United States Magistrate Judge (ECF No. 58) for plain error, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Plaintiff's Motion for Abstention (ECF No. 41) is **DENIED**; Defendants' Motion for Summary Judgment (ECF No. 35) is **GRANTED** and Plaintiff's claims are **DISMISSED WITH PREJUDICE**; and Defendants may foreclose the lien on the property at issue as to Plaintiff.

**SO ORDERED** on this **19th day** of **February, 2020**.

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE